Solomon *v.* Luria, Appellant.

Argued June 13, 1968. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and HANNUM, JJ.

*Michael H. Egnal,* with him *Milton S. Lazaroff,* and *Egnal & Simons,* for appellant.

*Jerome M. Dubyn,* with him *M. Mark Mendel,* and *Mendel & Dubyn,* for appellee.

Opinion Per Curiam, September 12, 1968:

The judgment of the court below is affirmed on the opinion of Honorable Francis Shunk Brown, Jr., P. J.